UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT
CRIMINAL APPEAL TRANSCRIPT INFORMATION - FORM B

**TO BE COMPLETED BY ATTORNEY:**

**CASE NAME:** USA v. David Burgin

**DOCKET NUMBER:** 20-MR-00078-RJA

**COUNSEL'S NAME:** Stephen G. James, Esq.

**COUNSEL'S ADDRESS:** 87-66 Sutphin Blvd.
Jamaica, NY 11435

**COUNSEL'S PHONE:** (646) 905-9000

## QUESTIONNAIRE

[ ] I am ordering a transcript.

[✓] I am not ordering a transcript. Reason: [ ] Daily copy available  [ ] U.S. Atty. placed order  [ ] Other (attach explanation)

## TRANSCRIPT ORDER

Prepare transcript of

[ ] Pre-trial proceedings: _____
(Description & Dates)

[ ] Trial: _____
(Description & Dates)

[ ] Sentencing: _____
(Description & Dates)

[ ] Post-trial proceedings: _____
(Description & Dates)

I, _____, hereby certify that I will make satisfactory arrangements with
(counsel's name)

the court reporter for payment of the costs of the transcript in accordance with FRAP 10(b).

Method of payment: [ ] Funds  [ ] CJA Form 24

_Counsel's Signature_       05/22/2020
                            Date

**TO BE COMPLETED BY COURT REPORTER AND FORWARDED TO COURT OF APPEALS:**

## ACKNOWLEDGMENT

Date order received: _____    Estimated Number of Pages: _____

Estimated completion date: _____

_____        _____
Court Reporter's Signature              Date

**Attorney(s):** Send completed form to the U.S. District Court as that court may require and send copies to the Court of Appeals, U.S. Attorney's Office, and Court Reporter.

**Court Reporter(s):** Send completed acknowledgement to the Court of Appeals Clerk.